IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID RUSSELL POSEY,

     Appellant,

v.

GEORGIANNA POWELL-
POSEY,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1149

Opinion filed September 22, 2016.

An appeal from the Circuit Court for Okaloosa County.
John "Jay" Gontarek, Judge.

David Russell Posey, pro se, Appellant.

Georgianna Powell-Posey, pro se, Appellee.

PER CURIAM.

     DISMISSED.

B.L. THOMAS, WINOKUR, and JAY, JJ., CONCUR.